**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **LUTHER RICE COLLEGE AND SEMINARY**, <br><br> *Plaintiff,* <br><br> v. <br><br> **LYNNE RILEY**, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; **ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY**, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> *Defendants.* | Case No. _____ <br><br><br> **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

I hereby disclose the following pursuant to this Court's Local Rule 3.3 and identifying:

1) A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by FRCP 7.1.

| **Persons:** | **Entities:** |
| --- | --- |
| Lynne Riley | Luther Rice College and Seminary (Luther Rice has no parent corporation and no publicly held corporation owns 10% or more of Luther Rice's stock.) |
| Anna Chafin | |
| F. Faison Middleton, IV | |
| Linda McWhorter | |
| Linwood H. Thompson, IV | |
| Dr. Narasimhulu Neelagaru | |
| David Perez | |
| Ed Pease | |
| Dr. Sarah Beck Hawthorne | |
| James C. Weidner | |
| A. Middleton "Mid" Ramsey | |
| John Loud | |
| Don Anthony Grantham, Jr. | |
| Richard Mant | |
| Robert Grigsby | |

2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case.

None known

3) A complete list of each person serving as an attorney in the case

| Attorneys: | Firm: |
|---|---|
| David Cortman | Alliance Defending Freedom |
| Ryan Tucker | Alliance Defending Freedom |
| Andrea Dill | Alliance Defending Freedom |

4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed:

Not applicable

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

3

Respectfully submitted October 15, 2024.

By: /s/David Cortman

DAVID CORTMAN
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE,
  Suite D1100
Lawrenceville, Georgia 30043
Telephone: (770) 339-0774
Facsimile: (770) 339-6744
Email: dcortman@ADFlegal.org

RYAN TUCKER*
AZ BAR NO. 034382
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Email: rtucker@adflegal.org

ANDREA DILL*
DC BAR NO. 1719500
ALLIANCE DEFENDING FREEDOM
440 1st Street NW
Washington DC 20001
Telephone: (202) 393-8690
Email: adill@adflegal.org

**Counsel for Plaintiff**
*pro hac vice application pending*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Northern District of Georgia by using the CM/ECF system. I certify that that this document, along with the summons and complaint, will be served upon the following defendants via civil process server:

Lynne Riley
President of the Georgia Student Finance Commission and Georgia Student Finance Authority
Georgia Student Finance Commission and Georgia Student Finance Authority
2082 East Exchange Place
Tucker, GA 30084 US

Anna Chafin
1st Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance Authority
2082 East Exchange Place
Tucker, GA 30084 US

F. Faison Middleton, IV
2nd Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance Authority
2082 East Exchange Place
Tucker, GA 30084 US

Linda McWhorter
3rd Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance Authority
2082 East Exchange Place
Tucker, GA 30084 US

Linwood H. Thompson, IV
4th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US


Dr. Narasimhulu Neelagaru
5th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

David Perez
6th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

Ed Pease
7th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

Dr. Sarah Beck Hawthorne
8th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

James C. Weidner
9th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

A. Middleton "Mid" Ramsey
10th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

John Loud
11th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

Don Anthony Grantham, Jr.
12th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

Richard Mant
13th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

Robert Grigsby
14th Congressional District Commissioner
Georgia Student Finance Commission and Georgia Student Finance
Authority
2082 East Exchange Place
Tucker, GA 30084 US

/s/ David Cortman
DAVID CORTMAN

7