AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, <br><br> *Plaintiff(s)* <br><br> v. <br><br> LLYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  1:24-cv-4654 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Grigsby
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___10/15/2024___      ___s/Stephanie Wilson-Bynum___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print          Save As...                    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, <br><br><br><br> *Plaintiff(s)* <br> v. <br><br> LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-4654 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anna Chafin
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:    10/15/2024



s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

<table>
<tr><td>LUTHER RICE COLLEGE AND SEMINARY,<br><br><br><br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:24-cv-4654</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Perez
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____10/15/2024_____          ___s/Stephanie Wilson-Bynum___
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-4654

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Don Anthony Grantham, Jr.
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:      10/15/2024              s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

<table><tr><td>Print</td><td>Save As...</td><td>Reset</td></tr></table>

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, <br><br><br> *Plaintiff(s)* <br><br> v. <br><br> LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.  1:24-cv-4654 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Narasimhulu Neelagaru
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:        10/15/2024                                                                s/Stephanie Wilson-Bynum
                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, <br><br><br> _Plaintiff(s)_ <br><br> v. <br><br> LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> _Defendant(s)_ | Civil Action No. 1:24-cv-4654 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Sarah Beck Hawthorne
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:    10/15/2024



s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

<table>
<tr><td>LUTHER RICE COLLEGE AND SEMINARY,<br><br><br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td><br><br><br><br><br>Civil Action No.  1:24-cv-4654</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ed Pease
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____10/15/2024_____                                 _s/Stephanie Wilson-Bynum_
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, <br><br><br><br> *Plaintiff(s)* <br><br> v. <br><br> LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:24-cv-4654<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  F. Faison Middleton, IV
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____10/15/2024_____        _____s/Stephanie Wilson-Bynum_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

                                           _____
                                                       *Server's signature*

                                           _____
                                                     *Printed name and title*

                                           _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

|  |  |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY,<br><br><br><br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:24-cv-4654<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James C. Weidner
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____10/15/2024_____                    _____s/Stephanie Wilson-Bynum_____
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...        Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

<table>
<tr><td>LUTHER RICE COLLEGE AND SEMINARY,<br><br><br><br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,<br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:24-cv-4654</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    John Loud
2082 East Exchange Place
Tucker, GA 30084 US


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:    10/15/2024    _____        _____
s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*


                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:24-cv-4654 |
| LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, | ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Linda McWhorter
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date:  10/15/2024                s/Stephanie Wilson-Bynum
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

LUTHER RICE COLLEGE AND SEMINARY,

)
)
)
)
)
)
)

_Plaintiff(s)_

v.

)
)

Civil Action No.  1:24-cv-4654

LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,

)
)
)
)
)
)
)
)

_Defendant(s)_

)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Linwood H. Thompson, IV
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
_CLERK OF COURT_



Date: _____10/15/2024_____

_____s/Stephanie Wilson-Bynum_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*


                                                    _____
                                                    *Printed name and title*



                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:



[Print]    [Save As...]                                    [Reset]

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-4654 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lynne Riley
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*



Date:    10/15/2024    _____        _____
s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY,<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:24-cv-4654<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Mant
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____10/15/2024_____                  _____s/Stephanie Wilson-Bynum_____
                                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ❑ I returned the summons unexecuted because _____ ; or

   ❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| LUTHER RICE COLLEGE AND SEMINARY,<br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>LYNNE RILEY, in her official capacity as President of the Georgia Student Finance Commission and Georgia Student Finance Authority; ANNA CHAFIN, F. FAISON MIDDLETON, IV, LINDA MCWHORTER, LINWOOD H. THOMPSON, IV, DR. NARASIMHULU NEELAGARU, DAVID PEREZ, ED PEASE, DR. SARAH BECK HAWTHORNE, JAMES C. WEIDNER, A. MIDDLETON RAMSEY, JOHN LOUD, DON ANTHONY GRANTHAM, JR., RICHARD MANT, AND ROBERT GRIGSBY, in their official capacities as board members of the Georgia Student Finance Commission and Georgia Student Finance Authority,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  1:24-cv-4654<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A. Middleton Ramsey
2082 East Exchange Place
Tucker, GA 30084 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE,
Suite D-1100
Lawrenceville, GA 30043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     10/15/2024          s/Stephanie Wilson-Bynum
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-4654

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date:  _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |